JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

Alex Mostovoi

Plaintiff Pro se,

v.

Neil David Biafore

Defendant.

Case No.: 5:25-cv-03157-SVW-AYP

Judge Hon. Steven V. Wilson

# ORDER FOR DISMISSAL WITH PREJUDICE

UPON CONSIDERATION of the Stipulation and [Proposed] Order for Dismissal with Prejudice filed by the Parties on October 5, 2026, and good cause appearing therefor, IT IS HEREBY ORDERED AS FOLLOWS:

1. The Stipulation and [Proposed] Order for Dismissal with Prejudice are APPROVED.

2. This action is DISMISSED WITH PREJUDICE as to all Plaintiff(s) and Defendant(s), and as to all claims, counterclaims, cross-claims, and third-party claims.

3. Each party shall bear its own attorney's fees, costs, and expenses, except as otherwise provided in the Settlement Agreement.

4. The dismissal is conditioned upon the performance of the obligations of the Parties under the Settlement Agreement. In the event of material breach, the non-breaching party may seek relief as provided in the Settlement Agreement.

5. All Stays, if any, are hereby LIFTED and VACATED.

6. All outstanding motions, if any, are deemed MOOT.

7. The Clerk is directed to close this case.

IT IS SO ORDERED.

Date: October 6, 2026

HON. STEVEN V. WILSON
United States District Judge